UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Beniot Green<br>    Marie Cadet<br>        Debtor(s) | Case No. 12 B 41469 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2012.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 01/16/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acc Consumer Finance L | Unsecured | 14,609.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 109.17 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 276.48 | NA | NA | 0.00 | 0.00 |
| Byl Svc (Original Creditor:01 Total Gym | Unsecured | 2,234.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 20,174.00 | NA | NA | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue c | Unsecured | 3,188.00 | NA | NA | 0.00 | 0.00 |
| City of Evanston | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Svc Co | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Svc | Unsecured | 12,318.00 | NA | NA | 0.00 | 0.00 |
| Corporate | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso (Original Credito | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Drive Financial | Unsecured | 8,635.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 2,248.00 | NA | NA | 0.00 | 0.00 |
| First National Bank of Marin/Credit One | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance Corp | Unsecured | 12,629.00 | NA | NA | 0.00 | 0.00 |
| Greentree & Associates (Original Credito | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Banf | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Banf | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Rcn | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| Ildhfs | Priority | 702.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| Loita Green | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Millenium Credit Con (Original Creditor: | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial System (Original Creditor: | Unsecured | 1,530.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,534.00 | NA | NA | 0.00 | 0.00 |
| Northshore hospital | Unsecured | 7,930.00 | NA | NA | 0.00 | 0.00 |
| Oakton Community College | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Serivc | Unsecured | 841.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recvry&Affil (Original Credito | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Sierra Auto Sales, Inc | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Syste (Original Credito | Unsecured | 1,178.00 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 1,344.00 | NA | NA | 0.00 | 0.00 |
| Three Star Auto Sales | Secured | 8,300.00 | NA | NA | 0.00 | 0.00 |
| TMobile | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Turner Acceptance Crp | Unsecured | 4,019.00 | NA | NA | 0.00 | 0.00 |
| Universal Acceptance C | Unsecured | 11,481.00 | NA | NA | 0.00 | 0.00 |
| US Celluar | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/28/2013                                By:/s/ Marilyn O. Marshall
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**